AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE AUTOMOBILE MECHANICS'
INDUSTRY WELFARE AND PENSION FUNDS LOCAL 701

    Plaintiffs,

V.

MIDWEST FORESTREE PRODUCTS, INC.,
AN ILLINOIS CORPORATION

    Defendant.

CASE NUMBER: 08CV2990

JUDGE NORGLE

ASSIGNED JUDGE: MAGISTRATE JUDGE SCHENKIER

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

    MIDWEST FORESTREE PRODUCTS, INC.
    C/O ITS REGISTERED AGENT, LAUANE C. ADDIS
    55 WEST MONROE ST., STE. 1200
    CHICAGO, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    PAUL M. EGAN
    ARNOLD AND KADJAN
    19 WEST JACKSON BLVD., SUITE 300
    CHICAGO, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

J. Cervantes
(By) DEPUTY CLERK

May 22, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5-23-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Allen Harris | Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

55 W Monroe 12fl. Secretary excepted summon on behalf of Lauane Addis. Female, race white, age; 30-35, Signed bottom of page.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-23-08
              Date

Signature of Server

Address of Server: 19 W Jackson, Chicago, IL. 60604

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

X Mary Ann Kendale