IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFARE AND PENSION FUNDS LOCAL 701, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | 08 C 2990<br>Judge Norgle<br>Magistrate Judge Schenkier |
| MIDWEST FORESTREE PRODUCTS, INC., AN ILLINOIS CORPORATION | ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, Midwest Forestree Products, Inc., by and through its attorneys, Laner, Muchin, Dombrow, Becker, Levin & Tominberg, Ltd., hereby submits this Motion for Extension of Time to Answer or Otherwise Plead, stating the following in support:

1. Plaintiffs, Trustees of the Automobile Mechanic's Industry Welfare and Pension Funds Local 701, have brought the above-captioned matter pursuant to Sections 502, *et. seq.* of the Employee Retirement Income Security Act of 1974 ("ERISA"), and Section 301 of the Taft-Hartley Act, 29 U.S.C. §185.

2. Defendant's answer to the above-captioned matter is due on June 12, 2008.

3. Defendant's counsel was only retained late last week.

4. Because Defendant's counsel was only recently retained, cousnel requests an additional twenty-one (28) days, until July 10, 2008, to answer or otherwise plead in response to the Complaint in order to complete its factual investigation, to frame a responsive pleading

consistent with their obligations under Fed. R. Civ. P. 8 and 11, and this Court's rulings in *State Farm Mut. Auto. Ins. Co. v. Riley*, 199 F.R.D. 276 (N.D. Ill. 2001) and *Bobbitt v. Victorian House, Inc.*, 532 F. Supp. 734 (N.D. Ill. 1982).

5. Defendant's counsel represents to the Court that this motion is being brought in good faith and not for the purpose of delay.

WHEREFORE, Defendant Midwest Forestree Products, Inc., respectfully requests that this Honorable Court enter an order extending the date on which to file its answer or responsive pleading up to and including July 10, 2008.

Dated:  June 11, 2008

Respectfully submitted,

/s/ Lindsy A. Wilkerson
Lindsy A. Wilkerson, One of the Attorneys for
Defendant Midwest Forestree Products, Inc.

Devlin J. Schoop (06243835)
Lindsy A. Wilkerson (06281337)
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)
dschoop@lanermuchin.com
lwilkerson@lanermuchin.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 11, 2008, she caused the **Motion For Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint** to be delivered to the Court's drop box per the Orders of the Honorable Charles R. Norgle, and filed via Electronic Filing with the Clerk of court, and to be served on counsel of record for the Plaintiff, through the U.S. District Court, Northern District of Illinois e-filing system, on this 11th day of June 2008, addressed to:

> Paul M. Egan, Esq.
> Arnold & Kadjan
> 19 West Jackson Blvd., Suite 300
> Chicago, Illinois 60604
> (312) 236-0415
> fax (312) 341-0438

> /s/ Lindsy A. Wilkerson
> Lindsy A. Wilkerson, One of the Attorneys for Defendant Midwest Forestree Products, Inc.