IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFARE AND PENSION FUNDS LOCAL 701,<br><br>Plaintiffs,<br><br>v.<br><br>MIDWEST FORESTREE PRODUCTS, INC., AN ILLINOIS CORPORATION<br><br>Defendants. | 08 C 2990<br>Judge Norgle<br>Magistrate Judge Schenkier |

**NOTICE OF MOTION**

**TO:** Paul M. Egan, Esq.
Arnold & Kadjan
19 West Jackson Blvd., Suite 300
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on Friday, June 13, 2008 at 10:30 a.m. or soon thereafter, we shall appear before the Honorable Judge Norgle, or any judge sitting in his stead, in Courtroom 2341 of the United States District Court, Northern District of Illinois, Eastern Division, and then and there present *Defendant's Motion for Extension of Time to Answer or Otherwise Plead*, which was served upon you.

Dated: June 11, 2008

                                              Respectfully submitted,

                                              /s/ Lindsy A. Wilkerson
                                              Lindsy A. Wilkerson, One of the Attorneys for
                                              Defendant Midwest Forestree Products, Inc.

Devlin J. Schoop (06243835)
Lindsy A. Wilkerson (06281337)
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)
dschoop@lanermuchin.com
lwilkerson@lanermuchin.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 11, 2008, she caused the **Notice of Defendant's Motion for Extension of Time to Answer or Otherwise Plead** to be delivered to the Court's drop box per the Orders of the Honorable Charles R. Norgle, and filed via Electronic Filing with the Clerk of court, and to be served on counsel of record for the Plaintiff, through the U.S. District Court, Northern District of Illinois e-filing system, on this 11th day of June 2008, addressed to:

>Paul M. Egan, Esq.
>Arnold & Kadjan
>19 West Jackson Blvd., Suite 300
>Chicago, Illinois 60604
>(312) 236-0415
>fax (312) 341-0438

>/s/ Lindsy A. Wilkerson
>Lindsy A. Wilkerson, One of the Attorneys for Defendant Midwest Forestree Products, Inc.