## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Trustees of The Automobile Mechanics' Industry
Welfare and Pension Funds Local 701

Plaintiff,

v.

Case No.:
1:08−cv−02990

Honorable Charles
R. Norgle Sr.

Midwest Forestree Products, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2008:

MINUTE entry before the Honorable Charles R. Norgle, Sr:Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint [8] is granted. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.