

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Lindsy A. Wilkerson

FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd.

STREET ADDRESS: 515 N. State Street, Suite 2800

CITY/STATE/ZIP: Chicago, Illinois 60654-4688

PHONE NUMBER: 312/467-9800

E-MAIL ADDRESS: lwilkerson@lanermuchin.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 06281337
If you have previously filed an appearance with
this Court using a different name, enter that name:

### List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07-cv-00665 | Woodard v. Rest Haven Christian Services | Hon. Joan B. Gottschall |
| 07-cv-01364 | Blaney et al v. Chicago Housing Authority | Hon. Virginia M. Kendall |
| 07-cv-5902 | Del Monte v. Chiquita, et al. | Hon. William J. Hibbler |
| 08-cv-2448 | Chicago Regional Council of Carpenters | Hon. Robert W. Gettleman |
| 08-cv-2990 | Trustees of the Automobile Mechanic's Industry Welfare and Pension Funds Local 701 v. Midwest Forestree Products, Inc. | Hon. Charles R. Norgle |
| | | |

_____          _____
Attorney's Signature                                               Date: 7/15/08

## **CERTIFICATE OF SERVICE**

Lindsy A. Wilkerson, an attorney, hereby certifies that she caused the Notice of Change of Address to be served on counsel of record for Plaintiff, through the U.S. District Court, Northern District of Illinois e-filing system, on this 16th day of July 2008, addressed to:

>Paul M. Egan
>Arnold and Kadjan
>19 West Jackson Boulevard
>Chicago, IL 60604

>/s/ Lindsy A. Wilkerson
>Lindsy A. Wilkerson